UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-00418-D-2

| UNITED STATES OF AMERICA | ORDER TO SEAL |
|---|---|
| v. | |
| TRAVIS KEVIN HILL | |

On motion of the Defendant, Travis Kevin Hill, and for good cause shown, it is hereby ORDERED that [DE 63] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This **16** day of December, 2020.

JAMES C. DEVER III
United States District Judge